**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF:  A.J., A MINOR     :   No. 144 MAL 2020

                                     :

                                     :

PETITION OF:  A.J., A MINOR        :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.